## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CALVIN KENDRICK,

    Plaintiff,

v.                                      Case No.  8:09-cv-616-T-30TGW

ROSS SECURITY SYSTEMS, INC. and
GUY CALLEJA,

    Defendants.

_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Approve FLSA Settlement and for Dismissal With Prejudice (Dkt. #16).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Joint Motion to Approve FLSA Settlement and for Dismissal With Prejudice (Dkt. #16) is GRANTED.

2.    This cause is dismissed with prejudice.

3.    Plaintiff shall provide the Child Support Enforcement Office of the Attorney General for the State of Florida (the "State") notice of the settlement, together with a copy of this Order, and provide the State with any information necessary to determine whether any of the settlement proceeds should be applied to Plaintiff's pending child support obligation, including his Social Security number and identifying child support case number.

4.      Defendants are directed to hold the settlement proceeds intended for the Plaintiff for thirty (30) days in order to provide the State adequate time to file a claim. If a claim is not filed by the State after the expiration of thirty (30) days from the date of this Order, Defendants shall disburse the settlement proceeds to Plaintiff as set forth in the parties' Settlement Agreement.

5.      All pending motions are denied as moot.

6.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 28, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

Child Support Enforcement, Office of the Attorney General,
The Capitol, Tallahassee, Florida 32399-1050
Facsimile (850) 922-9429

S:\Even\2009\09-cv-616.dismissal 16.wpd